IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
NOV 19 2012
Clerk, U.S District Court
District Of Montana
Missoula

LAURA HART,

        Plaintiff,

vs.

MISSOULA SAWS, INC., BRIAN
MILLER, and JOHN DOES 1 to 10,

        Defendants.

CV-11-128-M-JCL

VERDICT FORM

---

We, the jury, answer the questions submitted to us in this Special Verdict as follows:

**QUESTION NO. 1:** Do you find that Brian Miller was negligent in the incident which occurred on August 27, 2010?

**ANSWER:** Yes __X__   No _____

*If you answer this question "No," your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

*If you answer this question "Yes," please continue to Question No. 2.*

**QUESTION NO. 2:** Was the negligence of Brian Miller a cause of injury to Laura Hart?

**ANSWER:** Yes __X__   No _____

*If you answer this question "No," your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

*If you answer this question "Yes," proceed to Question No. 3.*

QUESTION NO. 3:    Was Plaintiff Laura Hart negligent in the incident which occurred on August 27, 2010?

ANSWER:    Yes __X__    No _____

*If you answer this question "No," skip Questions Nos. 4 and 5 and proceed to Question No. 6.*

*If you answer this question "Yes," please continue to Question No. 4.*

QUESTION NO. 4:    Was Laura Hart's negligence a cause of her own damages?

ANSWER:    Yes __X__    No _____

*If you answer this question "No," skip Questions No. 5 and proceed to Question No. 6.*

*If you answer this question "Yes," please continue to Question No. 5.*

QUESTION NO. 5:    As between Defendants Brian Miller/Missoula Saws and Plaintiff Laura Hart, what percentage of fault is attributable to Mr. Miller and Ms. Hart, assuming the entire fault is 100%.

ANSWER:    Plaintiff Laura Hart                           __50__%

            Defendant Brian Miller/Missoula Saws    __50__%

                                        Total:       100%

*If your allocation finds that Laura Hart's fault in the incident is **more than** 50%, your deliberation has concluded. Skip the remaining Questions and proceed to the bottom of the verdict form. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

*Otherwise, proceed to Question No. 6.*

QUESTION NO. 6:    What is the total amount of damages suffered by the Plaintiff Laura Hart?

$ __100,000__

Proceed to Question No. 7.

QUESTION NO. 7:    What percentage of Plaintiff Laura Hart's damages, if any, can be attributed to her pre-existing conditions?

ANSWER:    __0__ %

*If you have proceeded through the entire verdict form, then your deliberation has concluded. The Jury Foreperson should sign the jury verdict form and call the Bailiff.*

DATED this __16__ day of November, 2012.

_____
Jury Foreperson