Perry J. Schneider, Esq.
MILODRAGOVICH, DALE
& STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, Montana 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
E:Mail:  perrys@bigskylawyers.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| LAURA HART,<br><br>    Plaintiff,<br><br>-vs-<br><br>MISSOULA SAWS, INC., BRIAN MILLER, and JOHN DOES 1 to 10,<br><br>    Defendants. | Cause No.  CV-11-00128-DWM-JCL<br><br>**SATISFACTION OF JUDGMENT** |

COME NOW Defendants, Missoula Saws, Inc. and Brian Miller, and hereby notify the Court that the Judgment in the amount of Fifty Thousand Dollars ($50,000) entered in this matter on November 19, 2012 has been satisfied, that there are no further claims or issues between the parties requiring resolution by the Court, and that all parties are released from any further obligation in relation to this proceeding.

DATED this 2nd day of January, 2013.

                                                   By:  /s/ Perry J. Schneider
                                                   Perry J. Schneider
                                                   MILODRAGOVICH, DALE
                                                   & STEINBRENNER, P.C.
                                                   *Attorneys for Defendants*